UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN COOK and DENIS HACHQUET, on Behalf of Themselves and All Others Similarly Situated, | Civil Action No. 1:13-cv-06185-LAK |
| | CLASS ACTION |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) |
| vs. | |
| NUVERRA ENVIRONMENTAL SOLUTIONS, INC., RICHARD J. HECKMANN, MARK D. JOHNSRUD and JAY C. PARKINSON, | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Stephen Cook and Denis Hachquet hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against defendants Nuverra Environmental Solutions, Inc., Richard J. Heckmann, Mark D. Johnsrud and Jay C. Parkinson. No defendant in the action has served either an answer or a motion for summary judgment; and a class has not been certified in this action.

DATED: October 23, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

LAW OFFICE OF ALFRED G.
   YATES, J.R., P.C.
ALFRED G. YATES, J.R.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
412/471-1033 (fax)
yateslaw@aol.com

Attorneys for Plaintiffs